# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION
# AT CINCINNATI

| | |
|---|---|
| DE'OANA HOPEY, | * Case No. 1:19-cv-00904-TSB |
| Plaintiff, | * Judge Timothy S. Black |
| v. | * |
| | **ORDER** |
| NEW HORIZON FOODS, INC., | * |
| Defendant. | * |
| | * |

This matter having come before the Court on the Motion to Approve Settlement under the Fair Labor Standards Act and Dismiss Action, and the Court having been sufficiently advised, has reviewed the settlement terms, concludes that it is fair, reasonable and adequate, and that the settlement is a result of contested litigation to resolve a *bona fide* dispute.

IT IS THEREFORE ORDERED that the Motion to Approve Settlement under the Fair Labor Standards Act and Dismiss Action is GRANTED. The case is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

ENTERED: 12/5/19

JUDGE TIMOTHY S. BLACK
UNITED STATES DISTRICT JUDGE